UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION                                                MDL No. 2641

(SEE ATTACHED SCHEDULE)

CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the District of Arizona.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the District of Arizona with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 17, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

CERTIFIED TO BE A TRUE COPY
DATED: 3·18·20

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

BY
DEPUTY CLERK

**IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION**                                                   MDL No. 2641

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| AZ | 2 | 16-00645 | AK | 3 | 15-00228 | Christiansen v. C R Bard Incorporated |
| AZ | 2 | 16-00596 | CAN | 3 | 15-06041 | Shinn et al v. C R Bard Incorporated et al |
| AZ | 2 | 15-02227 | CAN | 5 | 15-04569 | Rouse v. C R Bard Incorporated et al |
| AZ | 2 | 16-00546 | CAS | 3 | 15-02627 | Hans v. C R Bard Incorporated et al |
| AZ | 2 | 16-03526 | GAN | 1 | 16-03657 | Crawford et al v. CR Bard Incorporated et al |
| AZ | 2 | 15-01878 | ILC | 2 | 15-02144 | Winland et al v. C R Bard Incorporated et al |
| AZ | 2 | 15-01879 | ILC | 3 | 15-03193 | Schweska et al v. C R Bard Incorporated et al |
| AZ | 2 | 15-02462 | LAE | 2 | 15-05920 | Rodrigue et al v. CR Bard Incorporated et al |
| AZ | 2 | 17-01071 | LAM | 3 | 17-00193 | Banks v. C R Bard Incorporated et al |
| AZ | 2 | 18-01796 | MD | 1 | 18-01484 | Rocourt v. C R Bard Incorporated et al |
| AZ | 2 | 16-00687 | MOE | 4 | 15-01749 | Langford et al v. C R Bard Incorporated et al |
| AZ | 2 | 15-01623 | MOW | 4 | 13-00585 | Leus v. C R Bard Incorporated et al |
| AZ | 2 | 15-02648 | NCW | 5 | 15-00143 | Beal v. C R Bard Incorporated et al |
| AZ | 2 | 16-00988 | NJ | 2 | 16-00913 | Stringer v. C R Bard Incorporated et al |
| AZ | 2 | 16-02751 | NJ | 2 | 16-02573 | Spencer v. C.R. Bard Incorporated et al |
| AZ | 2 | 16-02752 | NJ | 2 | 16-02574 | Treinavicz v. C R Bard Incorporated et al |
| AZ | 2 | 16-02753 | NJ | 2 | 16-02576 | Watson v. C R Bard Incorporated et al |
| AZ | 2 | 16-02824 | NJ | 2 | 16-02577 | Townsend v. C R Bard Incorporated et al |
| AZ | 2 | 16-00610 | NM | 1 | 15-01159 | Duran et al v. C R Bard Incorporated et al |
| AZ | 2 | 15-01881 | NV | 2 | 15-01210 | Epps v. C R Bard Incorporated et al |
| AZ | 2 | 15-01915 | OKE | 6 | 15-00239 | Voigt v. C R Bard Incorporated et al |
| AZ | 2 | 15-01899 | PAM | 1 | 15-01253 | Mears v. C R Bard Incorporated et al |
| AZ | 2 | 15-02642 | PAM | 1 | 15-02152 | Keegan v. C R Bard Incorporated et al |
| AZ | 2 | 16-04089 | RI | 1 | 16-00578 | Johnston et al v. C R Bard Incorporated, et al |
| AZ | 2 | 15-01639 | TNM | 3 | 15-00533 | Miller v. C R Bard Incorporated et al |
| AZ | 2 | 15-01883 | TNW | 1 | 15-01153 | Peery v. C R Bard Incorporated et al |
| AZ | 2 | 15-01925 | TXE | 6 | 15-00603 | Morgan et al v. C R Bard Incorporated et al |
| AZ | 2 | 15-02573 | TXE | 6 | 15-00952 | Eaker et al v. C R Bard Incorporated et al |
| AZ | 2 | 16-00507 | TXS | 2 | 16-00004 | Lauhoff v. CR Bard Incorporated, et al |
| AZ | 2 | 16-02234 | VAW | 6 | 16-00026 | Powell v. C R Bard Incorporated et al |